```
EMP #                                              EARNINGS        STATEMENT
  060448
Cost Center:
                                              Period Beginning:   03/20/2024
                                              Period Ending:      03/20/2024
                                              Check Date:         03/20/2024
                                              Pers. No            10000819

Basis of Pay:          Salary                 Alyce Connelly
                                              106 Drift Ct
                                              Bethlehem PA   18020
```

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Salary Exempt | | | | 16,920.59 |
| Annual Bonus | | | 5,689.00 | 5,689.00 |
| Public Holiday | | | | 583.52 |
| Gross Pay | | | 5,689.00 | 23,193.11 |
| Tax Deductions: Federal | | | | |
|   Withholding Tax | | | 1,251.58- | 3,358.24- |
|   EE Social Security Tax | | | 352.71- | 1,415.50- |
|   EE Medicare Tax | | | 82.50- | 331.05- |
| Tax Deductions: New Jersey | | | | |
|   EE Unemployment Tax | | | 21.76- | 88.71- |
|   EE Workforce Devlpmt T | | | 2.42- | 9.86- |
|   EE Family Leave Insur | | | 5.12- | 20.87- |
| Tax Deductions: Pennsylvania | | | | |
|   Withholding Tax | | | 174.65- | 689.87- |
| Tax Deductions: Bethlehem Township | | | | |
|   Withholding Tax | | | 56.89- | 224.71- |
| Additional Deductions | | | | |
|   *Medical - Before Tax | | | | 623.10- |
|   *Dental - Before Tax | | | | 59.52- |
|   *Vision - Before Tax | | | | 38.52- |
| Total Net Pay | | | 3,741.37 | 16,333.16 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Corporate AD&D | | 3.78 |
| Corporate Life | | 44.22 |
| Den NonTxbl ER | | 62.46 |
| Corporate LTD | | 58.02 |
| Med NonTxbl ER | | 1,368.18 |
| BrightHorizonFE | | 3.24 |
| EAP Assistance | | 3.42 |
| FMLA Admin Fee | | 2.70 |
| PLP Admin Fee E | | 0.78 |
| ShortTermDisab | | 3.48 |
| Corp Life Txbl | | 358.74 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 3,741.37 |

```
Federal Tax Wages     5,689.00
YTD Fed Tax Wages    22,830.71

*Excluded from Federal Taxable Wages
```

```
Jones Lang LaSalle Americas, Inc.
200 E. Randolph
Chicago            IL  60601             Check Date: 03/20/2024
Phone 312-782-5800

    THIS  IS  NOT  A  CHECK!!!                   NON - NEGOTIABLE
```

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Alyce Connelly | Bank transfer | XXXXX54194 | 036001808 | USD | 3,741.37 |

```
EMP #                                                    EARNINGS        STATEMENT
  060448
Cost Center:
                                                    Period Beginning: 03/02/2024
                                                    Period Ending:    03/15/2024
                                                    Check Date:       03/15/2024
                                                    Pers. No          10000819

Basis of Pay:        Salary                         Alyce Connelly
                                                    106 Drift Ct
                                                    Bethlehem PA  18020
```

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Salary Exempt | | 80.00 | 2,917.35 | 16,920.59 |
| Public Holiday | | | | 583.52 |
| Gross Pay | | | 2,917.35 | 17,504.11 |
| Tax Deductions: Federal | | | | |
| Withholding Tax | | | 351.11- | 2,106.66- |
| EE Social Security Tax | | | 177.13- | 1,062.79- |
| EE Medicare Tax | | | 41.42- | 248.55- |
| Tax Deductions: New Jersey | | | | |
| EE Unemployment Tax | | | 11.16- | 66.95- |
| EE Workforce Devlpmt T | | | 1.24- | 7.44- |
| EE Family Leave Insur | | | 2.62- | 15.75- |
| Tax Deductions: Pennsylvania | | | | |
| Withholding Tax | | | 85.87- | 515.22- |
| Tax Deductions: Bethlehem Township | | | | |
| Withholding Tax | | | 27.97- | 167.82- |
| Additional Deductions | | | | |
| *Medical - Before Tax | | | 103.85- | 623.10- |
| *Dental - Before Tax | | | 9.92- | 59.52- |
| *Vision - Before Tax | | | 6.42- | 38.52- |
| Total Net Pay | | | 2,098.64 | 12,591.79 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Corporate AD&D | 0.63 | 3.78 |
| Corporate Life | 7.37 | 44.22 |
| Den NonTxbl ER | 10.41 | 62.46 |
| Corporate LTD | 9.67 | 58.02 |
| Med NonTxbl ER | 228.03 | 1,368.18 |
| BrightHorizonFEE | 0.54 | 3.24 |
| EAP Assistance | 0.57 | 3.42 |
| FMLA Admin Fee | 0.45 | 2.70 |
| PLP Admin Fee ER | 0.13 | 0.78 |
| ShortTermDisab | 0.58 | 3.48 |
| Corp Life Txbl | 59.79 | 358.74 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 2,098.64 |

Federal Tax Wages         2,856.95
YTD Fed Tax Wages        17,141.71

*Excluded from Federal Taxable Wages

```
Jones Lang LaSalle Americas, Inc.
200 E. Randolph
Chicago              IL   60601          Check Date: 03/15/2024
Phone 312-782-5800

    THIS   IS   NOT   A   CHECK!!!                      NON - NEGOTIABLE
```

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Alyce Connelly | Bank transfer | XXXXX54194 | 036001808 | USD | 2,098.64 |

```
EMP #                                           EARNINGS    STATEMENT
  060448
Cost Center:
                                          Period Beginning:  02/17/2024
                                          Period Ending:     03/01/2024
                                          Check Date:        03/01/2024
                                          Pers. No           10000819

Basis of Pay:       Salary                Alyce Connelly
                                          106 Drift Ct
                                          Bethlehem PA  18020
```

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Salary Exempt | | 80.00 | 2,917.35 | 14,003.24 |
| Public Holiday | | | | 583.52 |
| Gross Pay | | | 2,917.35 | 14,586.76 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 351.11- | 1,755.55- |
| EE Social Security Tax | | | 177.14- | 885.66- |
| EE Medicare Tax | | | 41.43- | 207.13- |
| **Tax Deductions: New Jersey** | | | | |
| EE Unemployment Tax | | | 11.15- | 55.79- |
| EE Workforce Devlpmt T | | | 1.24- | 6.20- |
| EE Family Leave Insur | | | 2.63- | 13.13- |
| **Tax Deductions: Pennsylvania** | | | | |
| Withholding Tax | | | 85.87- | 429.35- |
| **Tax Deductions: Bethlehem Township** | | | | |
| Withholding Tax | | | 27.97- | 139.85- |
| **Additional Deductions** | | | | |
| *Medical - Before Tax | | | 103.85- | 519.25- |
| *Dental - Before Tax | | | 9.92- | 49.60- |
| *Vision - Before Tax | | | 6.42- | 32.10- |
| Total Net Pay | | | 2,098.62 | 10,493.15 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Corporate AD&D | 0.63 | 3.15 |
| Corporate Life | 7.37 | 36.85 |
| Den NonTxbl ER | 10.41 | 52.05 |
| Corporate LTD | 9.67 | 48.35 |
| Med NonTxbl ER | 228.03 | 1,140.15 |
| BrightHorizonFEE | 0.54 | 2.70 |
| EAP Assistance | 0.57 | 2.85 |
| FMLA Admin Fee | 0.45 | 2.25 |
| PLP Admin Fee ER | 0.13 | 0.65 |
| ShortTermDisab | 0.58 | 2.90 |
| Corp Life Txbl | 59.79 | 298.95 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 2,098.62 |

| | |
|---|---|
| Federal Tax Wages | 2,856.95 |
| YTD Fed Tax Wages | 14,284.76 |

*Excluded from Federal Taxable Wages

```
Jones Lang LaSalle Americas, Inc.
200 E. Randolph
Chicago              IL   60601             Check Date:03/01/2024
Phone 312-782-5800

        THIS  IS  NOT  A  CHECK!!!                          NON - NEGOTIABLE
```

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Alyce Connelly | Bank transfer | XXXXX54194 | 036001808 | USD | 2,098.62 |

```
EMP #                                           EARNINGS      STATEMENT
   060448
Cost Center:
                                         Period Beginning:   02/03/2024
                                         Period Ending:      02/16/2024
                                         Check Date:         02/16/2024
                                         Pers. No            10000819

                                         Alyce Connelly
Basis of Pay:      Salary                106 Drift Ct
                                         Bethlehem PA  18020
```

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Salary Exempt | | 80.00 | 2,917.35 | 11,085.89 |
| Public Holiday | | | | 583.52 |
| Gross Pay | | | 2,917.35 | 11,669.41 |
| Tax Deductions: Federal | | | | |
| Withholding Tax | | | 351.11- | 1,404.44- |
| EE Social Security Tax | | | 177.13- | 708.52- |
| EE Medicare Tax | | | 41.42- | 165.70- |
| Tax Deductions: New Jersey | | | | |
| EE Unemployment Tax | | | 11.16- | 44.64- |
| EE Workforce Devlpmt T | | | 1.24- | 4.96- |
| EE Family Leave Insur | | | 2.62- | 10.50- |
| Tax Deductions: Pennsylvania | | | | |
| Withholding Tax | | | 85.87- | 343.48- |
| Tax Deductions: Bethlehem Township | | | | |
| Withholding Tax | | | 27.97- | 111.88- |
| Additional Deductions | | | | |
| *Medical - Before Tax | | | 103.85- | 415.40- |
| *Dental - Before Tax | | | 9.92- | 39.68- |
| *Vision - Before Tax | | | 6.42- | 25.68- |
| Total Net Pay | | | 2,098.64 | 8,394.53 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Corporate AD&D | 0.63 | 2.52 |
| Corporate Life | 7.37 | 29.48 |
| Den NonTxbl ER | 10.41 | 41.64 |
| Corporate LTD | 9.67 | 38.68 |
| Med NonTxbl ER | 228.03 | 912.12 |
| BrightHorizonFEE | 0.54 | 2.16 |
| EAP Assistance | 0.57 | 2.28 |
| FMLA Admin Fee | 0.45 | 1.80 |
| PLP Admin Fee ER | 0.13 | 0.52 |
| ShortTermDisab | 0.58 | 2.32 |
| Corp Life Txbl | 59.79 | 239.16 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 2,098.64 |

Federal Tax Wages       2,856.95
YTD Fed Tax Wages      11,427.81

*Excluded from Federal Taxable Wages

```
Jones Lang LaSalle Americas, Inc.
200 E. Randolph
Chicago              IL  60601            Check Date: 02/16/2024
Phone 312-782-5800
```

THIS IS NOT A CHECK!!!                         NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Alyce Connelly | Bank transfer | XXXXX54194 | 036001808 | USD | 2,098.64 |

```
    EMP #                                              EARNINGS    STATEMENT
    060448
Cost Center:

                                              Period Beginning:  01/20/2024
                                              Period Ending:     02/02/2024
                                              Check Date:        02/02/2024
                                              Pers. No           10000819

                                              Alyce Connelly
Basis of Pay:        Salary                   106 Drift Ct
                                              Bethlehem PA   18020
```

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Salary Exempt | | 80.00 | 2,917.35 | 8,168.54 |
| Public Holiday | | | | 583.52 |
| Gross Pay | | | 2,917.35 | 8,752.06 |
| Tax Deductions: Federal | | | | |
| Withholding Tax | | | 351.11- | 1,053.33- |
| EE Social Security Tax | | | 177.13- | 531.39- |
| EE Medicare Tax | | | 41.43- | 124.28- |
| Tax Deductions: New Jersey | | | | |
| EE Unemployment Tax | | | 11.16- | 33.48- |
| EE Workforce Devlpmt T | | | 1.24- | 3.72- |
| EE Family Leave Insur | | | 2.63- | 7.88- |
| Tax Deductions: Pennsylvania | | | | |
| Withholding Tax | | | 85.87- | 257.61- |
| Tax Deductions: Bethlehem Township | | | | |
| Withholding Tax | | | 27.97- | 83.91- |
| Additional Deductions | | | | |
| *Medical - Before Tax | | | 103.85- | 311.55- |
| *Dental - Before Tax | | | 9.92- | 29.76- |
| *Vision - Before Tax | | | 6.42- | 19.26- |
| Total Net Pay | | | 2,098.62 | 6,295.89 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Corporate AD&D | 0.63 | 1.89 |
| Corporate Life | 7.37 | 22.11 |
| Den NonTxbl ER | 10.41 | 31.23 |
| Corporate LTD | 9.67 | 29.01 |
| Med NonTxbl ER | 228.03 | 684.09 |
| BrightHorizonFEE | 0.54 | 1.62 |
| EAP Assistance | 0.57 | 1.71 |
| FMLA Admin Fee | 0.45 | 1.35 |
| PLP Admin Fee ER | 0.13 | 0.39 |
| ShortTermDisab | 0.58 | 1.74 |
| Corp Life Txbl | 59.79 | 179.37 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 2,098.62 |

Federal Tax Wages       2,856.95
YTD Fed Tax Wages       8,570.86

*Excluded from Federal Taxable Wages

```
Jones Lang LaSalle Americas, Inc.
200 E. Randolph
Chicago            IL   60601        Check Date: 02/02/2024
Phone 312-782-5800

     THIS  IS  NOT  A  CHECK!!!                      NON - NEGOTIABLE
```

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Alyce Connelly | Bank transfer | XXXXX54194 | 036001808 | USD | 2,098.62 |