```
    EMP #                                          E A R N I N G S    S T A T E M E N T
    060448
Cost Center:

                                                   Period Beginning:  01/06/2024
                                                   Period Ending:     01/19/2024
                                                   Check Date:        01/19/2024
                                                   Pers. No           10000819

                                                   Alyce Connelly
Basis of Pay:        Salary                        106 Drift Ct
                                                   Bethlehem PA  18020
```

| Earnings | Rate Hours/Units | Amount | Year-To-Date |
|---|---|---|---|
| Salary Exempt | 80.00 | 2,917.35 | 5,251.19 |
| Public Holiday | | | 583.52 |
| Gross Pay | | 2,917.35 | 5,834.71 |
| Tax Deductions: Federal | | | |
| Withholding Tax | | 351.11- | 702.22- |
| EE Social Security Tax | | 177.13- | 354.26- |
| EE Medicare Tax | | 41.42- | 82.85- |
| Tax Deductions: New Jersey | | | |
| EE Unemployment Tax | | 11.16- | 22.32- |
| EE Workforce Devlpmt T | | 1.24- | 2.48- |
| EE Family Leave Insur | | 2.62- | 5.25- |
| Tax Deductions: Pennsylvania | | | |
| Withholding Tax | | 85.87- | 171.74- |
| Tax Deductions: Bethlehem Township | | | |
| Withholding Tax | | 27.97- | 55.94- |
| Additional Deductions | | | |
| *Medical - Before Tax | | 103.85- | 207.70- |
| *Dental - Before Tax | | 9.92- | 19.84- |
| *Vision - Before Tax | | 6.42- | 12.84- |
| Total Net Pay | | 2,098.64 | 4,197.27 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Corporate AD&D | 0.63 | 1.26 |
| Corporate Life | 7.37 | 14.74 |
| Den NonTxbl ER | 10.41 | 20.82 |
| Corporate LTD | 9.67 | 19.34 |
| Med NonTxbl ER | 228.03 | 456.06 |
| BrightHorizonFEE | 0.54 | 1.08 |
| EAP Assistance | 0.57 | 1.14 |
| FMLA Admin Fee | 0.45 | 0.90 |
| PLP Admin Fee ER | 0.13 | 0.26 |
| ShortTermDisab | 0.58 | 1.16 |
| Corp Life Txbl | 59.79 | 119.58 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 2,098.64 |

| | |
|---|---|
| Federal Tax Wages | 2,856.95 |
| YTD Fed Tax Wages | 5,713.91 |

*Excluded from Federal Taxable Wages

```
Jones Lang LaSalle Americas, Inc.
200 E. Randolph
Chicago              IL  60601              Check Date: 01/19/2024
Phone 312-782-5800

    T H I S   I S   N O T   A   C H E C K !!!                    N O N - N E G O T I A B L E
```

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Alyce Connelly | Bank transfer | XXXXX54194 | 036001808 | USD | 2,098.64 |