UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Alyce A. Connelly | Bankruptcy No.24-10837-PMM |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 19th day of August, 2024, by first class mail upon those listed below:

Alyce A. Connelly
106 Drift Court
Bethlehem, PA  18020

**Electronically via CM/ECF System Only:**

YOUNG MARR  & ASSOCIATES
PAUL H YOUNG ESQUIRE
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA  19020

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee