| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-10837-PMM**

| | |
|---|---|
| Alyce A. Connelly | Petition Filed Date: 03/12/2024 |
| 106 Drift Court | 341 Hearing Date: 05/07/2024 |
| Bethlehem  PA    18020 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/18/2024 | $2,100.00 | | 05/13/2024 | $2,100.00 | | 06/12/2024 | $2,100.00 | |
| 07/11/2024 | $2,100.00 | | | | | | | |

**Total Receipts for the Period:  $8,400.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $8,950.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OF OMAHA »» 001 | Unsecured Creditors | $3,288.94 | $0.00 | $0.00 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $837.19 | $0.00 | $0.00 |
| 3 | TD BANK NA »» 003 | Unsecured Creditors | $8,491.30 | $0.00 | $0.00 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $2,733.10 | $0.00 | $0.00 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $3,437.10 | $0.00 | $0.00 |
| 6 | PENNYMAC LOAN SERVICES LLC »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $4,057.42 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK »» 008 | Unsecured Creditors | $3,063.65 | $0.00 | $0.00 |
| 9 | US BANK NA »» 009 | Unsecured Creditors | $9,950.42 | $0.00 | $0.00 |
| 10 | US BANK NA »» 010 | Unsecured Creditors | $7,894.38 | $0.00 | $0.00 |
| 11 | PNC BANK »» 011 | Unsecured Creditors | $2,490.21 | $0.00 | $0.00 |
| 12 | CITIBANK NA »» 012 | Unsecured Creditors | $3,310.36 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $4,438.47 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $9,865.30 | $0.00 | $0.00 |
| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $4,013.66 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10837-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $4,405.62 | $0.00 | $0.00 |
| 17 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $5,225.72 | $0.00 | $0.00 |
| 18 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $6,555.62 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $4,417.81 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $6,284.69 | $0.00 | $0.00 |
| 21 | M&T BANK »» 21S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | M&T BANK »» 21U | Unsecured Creditors | $1.00 | $0.00 | $0.00 |
| 23 | BANK OF AMERICA NA »» 022 | Unsecured Creditors | $2,727.44 | $0.00 | $0.00 |
| 24 | BANK OF AMERICA NA »» 023 | Unsecured Creditors | $9,422.29 | $0.00 | $0.00 |
| 25 | BANK OF AMERICA NA »» 024 | Unsecured Creditors | $11,757.00 | $0.00 | $0.00 |
| 26 | QUANTUM3 GROUP LLC AS AGENT FOR »» 025 | Unsecured Creditors | $554.37 | $0.00 | $0.00 |
| 27 | PARDA FEDERAL CREDIT UNION »» 026 | Unsecured Creditors | $14,495.35 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,950.00 | Current Monthly Payment: | $1,790.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $895.00 | Total Plan Base: | $53,248.00 |
| Funds on Hand: | $8,055.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.