United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 24-10837-pmm
Alyce A. Connelly Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4
Date Rcvd: Nov 14, 2024      Form ID: 155      Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alyce A. Connelly, 106 Drift Court, Bethlehem, PA 18020-7516 |
| 14889205 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 14864135 | | PNC Financial, Pnc Cb Investigations, Cleveland, OH 44101 |
| 14864131 | + | Parda Federal Credit U, 755 Parkdale, Rochester, MI 48307 |
| 14866786 | + | Pennymac Loan Services, LLC, c/o Michael Farrington, KML Law Group, P.C., 701 Market Street-Suite 5000, Philadelphia PA 19106-1541 |
| 14864146 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14876480 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2024 00:05:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14864107 | + | Email/PDF: bncnotices@becket-lee.com | Nov 15 2024 00:04:28 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14864108 | + | Email/PDF: bncnotices@becket-lee.com | Nov 15 2024 00:03:29 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14864110 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2024 23:56:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14864109 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2024 23:56:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14889806 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2024 23:56:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14864111 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 14 2024 23:57:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 14864112 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 14 2024 23:57:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14864113 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2024 00:04:25 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14864114 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2024 00:05:13 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14875783 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 15 2024 00:03:30 | Capital One, N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14864118 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:03:19 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14864117 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:03:19 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |

Case 24-10837-pmm  Doc 29  Filed 11/16/24  Entered 11/17/24 00:37:48  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2024 | Form ID: 155 | Total Noticed: 61 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14883425 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:05:07 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14864120 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:03:30 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14864119 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:05:09 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14864121 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 23:57:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14864122 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 23:57:00 | Comenity Bank/Bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 14866445 | | Email/Text: mrdiscen@discover.com | Nov 14 2024 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14864124 | + | Email/Text: mrdiscen@discover.com | Nov 14 2024 23:57:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14864123 | + | Email/Text: mrdiscen@discover.com | Nov 14 2024 23:57:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14866356 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2024 23:57:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, Ne 68197 |
| 14864125 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2024 23:57:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14864126 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2024 23:57:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14864115 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2024 00:05:14 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14864116 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2024 00:04:12 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14871730 | + | Email/Text: RASEBN@raslg.com | Nov 14 2024 23:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14864127 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 14 2024 23:57:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14864128 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 14 2024 23:57:00 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14883434 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2024 00:04:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14864129 | | Email/Text: camanagement@mtb.com | Nov 14 2024 23:57:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14864130 | | Email/Text: camanagement@mtb.com | Nov 14 2024 23:57:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 14890515 | + | Email/Text: CreditSolutions1@parda.com | Nov 14 2024 23:56:00 | PARDA Federal Credit Union, 2601 Cambridge Court, Suite 210, Auburn Hills, MI 48326-2580 |
| 14881538 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2024 23:57:00 | PNC BANK N.A., PO B0X 94982, CLEVELAND, OH 44101 |
| 14864134 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2024 23:57:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 14883690 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2024 00:04:59 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14864132 | + | Email/PDF: ebnotices@pnmac.com | Nov 15 2024 00:04:20 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14864133 | + | Email/PDF: ebnotices@pnmac.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14874620 | + | Email/PDF: ebnotices@pnmac.com | Nov 15 2024 00:04:07 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| | | | Nov 15 2024 00:05:06 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14890057 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 23:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14864137 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 00:05:15 | Synchrony Bank, Po Box 71729, Philadelphia, PA 19176-1729 |
| 14864136 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 00:05:15 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14864138 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 00:02:49 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14864139 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 00:05:09 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14864140 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 00:05:15 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14864141 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 00:04:01 | Synchrony Bank/QVC, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14864142 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 00:04:52 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14864143 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 00:04:00 | Synchrony Bank/Sams Club, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14864144 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 00:04:31 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14864145 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 00:05:15 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 14871533 | ^ | MEBN | Nov 14 2024 23:51:29 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14878506 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 14 2024 23:57:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14864148 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 14 2024 23:57:00 | US Bank/RMS, Cb Disputes, Saint Louis, MO 63166 |
| 14864147 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 14 2024 23:57:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 14864149 | + | Email/Text: support@ymalaw.com | Nov 14 2024 23:57:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 55

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14883435 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 14, 2024 | Form ID: 155 | Total Noticed: 61 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:**

**Name**  **Email Address**

DENISE ELIZABETH CARLON
              on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

PAUL H. YOUNG
              on behalf of Debtor Alyce A. Connelly support@ymalaw.com
              ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
              ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
              ECFMail@ReadingCh13.com

United States Trustee
              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Alyce A. Connelly )   Case No. 24−10837−pmm
 )
 )
   Debtor(s). )   Chapter: 13
 )
 )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 14, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court