Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Alyce A. Connelly
106 Drift Court
Bethlehem, PA 18020

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10837-PMM**

Petition Filed Date: 03/12/2024
341 Hearing Date: 05/07/2024
Confirmation Date: 11/14/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $550.00 | | 09/10/2025 | $550.00 | | 10/13/2025 | $550.00 | |
| 11/10/2025 | $550.00 | | 12/11/2025 | $550.00 | | 01/12/2026 | $550.00 | |
| 02/11/2026 | $550.00 | | 03/10/2026 | $550.00 | | 04/10/2026 | $550.00 | |
| 05/11/2026 | $550.00 | | 06/10/2026 | $550.00 | | 07/09/2026 | $550.00 | |

**Total Receipts for the Period: $6,600.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $22,589.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OF OMAHA<br>»» 001 | Unsecured Creditors | $3,288.94 | $429.48 | $2,859.46 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $837.19 | $109.31 | $727.88 |
| 3 | TD BANK NA<br>»» 003 | Unsecured Creditors | $8,491.30 | $1,108.84 | $7,382.46 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $2,733.10 | $356.91 | $2,376.19 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $3,437.10 | $448.82 | $2,988.28 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $4,057.42 | $529.79 | $3,527.63 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $3,063.65 | $400.06 | $2,663.59 |
| 9 | US BANK NA<br>»» 009 | Unsecured Creditors | $9,950.42 | $1,299.38 | $8,651.04 |
| 10 | US BANK NA<br>»» 010 | Unsecured Creditors | $7,894.38 | $1,030.86 | $6,863.52 |
| 11 | PNC BANK<br>»» 011 | Unsecured Creditors | $2,490.21 | $325.13 | $2,165.08 |
| 12 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 012 | Unsecured Creditors | $3,310.36 | $432.31 | $2,878.05 |

**Chapter 13 Case No. 24-10837-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $4,438.47 | $579.55 | $3,858.92 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $9,865.30 | $1,288.20 | $8,577.10 |
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $4,013.66 | $524.11 | $3,489.55 |
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $4,405.62 | $575.33 | $3,830.29 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $5,225.72 | $682.37 | $4,543.35 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $6,555.62 | $856.05 | $5,699.57 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $4,417.81 | $576.86 | $3,840.95 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $6,284.69 | $820.66 | $5,464.03 |
| 21 | M&T BANK<br>»» 21S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | M&T BANK<br>»» 21U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 23 | BANK OF AMERICA NA<br>»» 022 | Unsecured Creditors | $2,727.44 | $356.11 | $2,371.33 |
| 24 | BANK OF AMERICA NA<br>»» 023 | Unsecured Creditors | $9,422.29 | $1,230.35 | $8,191.94 |
| 25 | BANK OF AMERICA NA<br>»» 024 | Unsecured Creditors | $11,757.00 | $1,535.20 | $10,221.80 |
| 26 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 025 | Unsecured Creditors | $554.37 | $62.23 | $492.14 |
| 27 | PARDA FEDERAL CREDIT UNION<br>»» 026 | Unsecured Creditors | $14,495.35 | $1,892.79 | $12,602.56 |
| 28 | KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,589.00 | Current Monthly Payment: | $989.00 |
| Paid to Claims: | $20,650.70 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,928.15 | Total Plan Base: | $53,248.00 |
| Funds on Hand: | $10.15 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.